UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE L. YOUNGBLOOD,<br><br>  Plaintiff,<br><br>vs.<br><br>ESQUERRA, et al.,<br><br>  Defendants. | 1:18-cv-01636-LJO-GSA-PC<br>Appeal case no. 19-15190<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 11.)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br>**(ECF No. 8.)**<br><br>**ORDER FOR CLERK TO SERVE THIS ORDER ON THE NINTH CIRCUIT** |

Jesse L. Youngblood ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 13, 2019, findings and recommendations were entered, recommending that Plaintiff's motion to proceed *in forma pauperis* on appeal be denied. (ECF No. 8.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) The fourteen-day deadline has expired, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on February 13, 2019, are ADOPTED IN FULL;
2. Plaintiff's motion to proceed *in forma pauperis* on appeal, filed on February 4, 2019, is DENIED; and
3. The Clerk of Court is directed to serve this order on the U.S. Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: **March 21, 2019**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE